IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EDDIE LAMONT LIPSCOMB, ) | |
| Movant, ) | |
| vs. ) | No. 3:16-CV-1500-M |
| ) | No. 3:07-CR-357-M |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the motion to vacate, set aside or correct sentence filed under 28 U.S.C. § 2255 will be **GRANTED**, and the movant's sentence in **Cause No. 3:07-CR-357-M** will be corrected by separate judgment, on the papers only, Defendant having waived his right to appear. **This order shall also be docketed in the criminal case**.

SIGNED this 5th day of July, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE